UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 08-** |
| | : | |
| **v.** | : | **VIOLATION:** |
| | : | |
| | : | **18 U.S.C. §1518 (Obstruction of Criminal** |
| **JOEL S. GANZ,** | : | **Investigation of Health Care Offense).** |
| | : | |
| **Defendant.** | : | |

# I N F O R M A T I O N

The United States Attorney informs the Court:

## COUNT ONE

## OBSTRUCTION OF CRIMINAL INVESTIGATION OF HEALTH CARE OFFENSE

### Introduction

At all times material to this Information:

1. Special Agents from the Federal Bureau of Investigation ("FBI") were "criminal investigators" and authorized by the Department of Justice to conduct and engage in investigations for prosecutions for violations of health care offenses.

2. The District of Columbia's Medicaid was a health care benefit program, jointly funded by the federal government and the District of Columbia, created to provide medical assistance and other benefits for certain individuals and families, typically those with low incomes and a lack of financial resources. In the District of Columbia, the Medicaid program was administered by the Medical Assistance Administration (MAA) which was located within the District of Columbia's Department of Health. Medicaid reimbursed doctors for services actually provided to Medicaid beneficiaries.

3. RCM of Washington, Inc. ("RCM"), was an organization which provided services for mentally retarded individuals in a residential group home setting. Medicaid paid for services actually provided to these mentally retarded residents, including services for psychiatric care and evaluation.

4. At least from December 2002 to April 2004, RCM maintained six group homes, and employed a number of different care-givers and professionals to assist their mentally retarded residents. At RCM, each mentally retarded resident was provided the care which s/he required; some residents were on medication for physical conditions; some, but not all, of the residents of RCM took psychotropic medications. If a resident received psychotropic medications, then RCM held monthly meetings with a psychiatrist to determine whether the residents should be continued on the same psychotropic medicine and with the same dosage.

5. The defendant, JOEL S. GANZ, was a licensed medical doctor in the District of Columbia, with a psychiatric practice. Beginning in early 2005 and continuing to the present, he was under investigation for possible fraudulent conduct in billing for psychiatric consultation services regarding RCM residents. Dr. Ganz was aware of the pendency of the investigation by late 2006.

**The Obstruction**

6. In or about April 2007, in the District of Columbia, the defendant, JOEL. S. GANZ, did willfully prevent, obstruct, mislead, and delay and attempted to prevent, obstruct, mislead, and delay the communication of information and records relating to a violation of a Federal health care offense to a criminal investigator (who was investigating possible violations of health care offenses) by creating medical records "documenting" services provided on behalf of Medicaid residents, with such records purporting to show that the defendant GANZ provided services to the RCM residents

who were not on psychotropic medicines, although in truth, these records had been created by the defendant GANZ after the fact so as to render them exculpatory, and thereafter causing these false records to be provided to the FBI and the U.S. Attorney's Office for the District of Columbia in an attempt to cause the investigation to be closed without charges being brought against him.

**(Obstruction of Criminal Investigation of Health Care Offense, in Violation of Title 18, United States Code, Section 1518)**.

JEFFREY A. TAYLOR

United States Attorney
for the District of Columbia


By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
Virginia.cheatham@usdoj.gov
D.C. Bar # 411980
United States Attorney's Office
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-9732