CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 08-0211 (RMC) |
| | ) | |
| | ) | |
| | ) | |
| JOEL S. GANZ | ) | Category   A |
| | ) | |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>August 4, 2008</u> from <u>Judge Ellen Segal Huvelle</u> to <u>Judge Rosemary M. Collyer</u> by direction of the Calendar Committee.

(Case randomly reassigned)

<u>ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  <u>Judge Huvelle</u> & Courtroom Deputy
     <u>Judge Collyer</u> & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Criminal Case Processing Clerk
     U.S. Attorney—Judiciary Square Building, Room 5133
     Statistical Clerk