UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JOEL S. GANZ

Criminal No. 08-211 (RMC)

**FILED**
AUG 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF INDICTMENT

I, _Joel Ganz_, the above named defendant, who is accused of:

**18 U.S.C. §1518 (Obstruction of Criminal Investigation of Health Care Offense)**

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on **August 12, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Rosemary M. Collyer
United States District Judge

12 August 2008