UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JOEL S. GANZ

Criminal No. 08-211 (RMC)

**WAIVER OF TRIAL BY JURY**

FILED

AUG 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

**APPROVED:**

_____
Rosemary M. Collyer
United States District Judge

Dated: 12 August 2008