U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA   :

v.   :

JOEL GANZ   :   Case No. 08-211 (RMC)

:

:

**ORDER**

**FILED**

**AUG 1 2 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __12th__ day of __August 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __August 12, 2008__ by __FBI SA Tim Foster__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI building on 601 4th Street__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI SA Tim Foster__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) Rosemary M. Collyer

DOJ USA-16-1-80

COURT